UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Leanda Chaffins,<br><br>      Plaintiff,<br><br> vs.<br><br>Shannon Sharp, Natalie Anderson, Jenny Wetch, Lexi Eldridge, Alicia Seely, Traci Schlag, Dennis Meier, Kathryn Doll, Katie Krueger, Cory Pedersen,<br><br>      Defendants. | **MOTION TO DISMISS**<br><br>Case No.: 1:24-cv-00233 |

[¶1] Defendant Cory Pedersen ("Pedersen"), by and through undersigned counsel, respectfully moves the Court for an order dismissing Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(6). This motion is made to assist the Court in securing "the just, speedy, and inexpensive determination" of this action. Fed. R. Civ. P. 1. This motion is made on the grounds that the Complaint fails to state a claim against Pedersen for which relief can be granted and is supported by the attached memorandum and all documents on file with this Court. Pedersen respectfully requests this Court grant his Motion to Dismiss and dismiss the Complaint against him.

 Dated this 2nd day of January, 2025.

                State of North Dakota
                Drew H. Wrigley
                Attorney General

             By:  /s/ Sarah M. Green
                Sarah M. Green
                Assistant Attorney General
                State Bar ID No. 09269
                Office of Attorney General
                500 North 9th Street
                Bismarck, ND 58501-4509
                Telephone (701) 328-3640
                Facsimile (701) 328-4300
                Email sagreen@nd.gov

             Attorneys for Defendant Cory Pedersen.