Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Leanda Chaffins,

    Plaintiff,

v.

Shannon Sharp, Natalie Anderson, Jenny Wetch, Lexi Eldridge, Traci Schlag, Alicia Seely, Dennis Meier, Katie Krueger, Kathryn Doll and Cory Pedersen,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   1:24-cv-00233

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Court's Order dated May 8, 2025, the Defendants' motions to dismiss (Doc. No. 16 and 44) are GRANTED.

Date: May 8, 2025

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Carla Schultz, Deputy Clerk*